# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: REID, TODD G § | Case No. 12-83340-TML |
| REID, AMY L. § | |
| § | |
| Debtor(s) § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 30, 2012. The undersigned trustee was appointed on December 04, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $      10,355.53

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 22.85 |
| Bank service fees | 144.89 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 10,187.79 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/06/2014 and the deadline for filing governmental claims was 02/06/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,785.55. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,785.55, for a total compensation of $1,785.55.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/21/2015          By: /s/STEPHEN G. BALSLEY
                          Trustee, Bar No.: 1048412

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-83340-TML  
**Case Name:** REID, TODD G  
REID, AMY L.  
**Period Ending:** 12/21/15

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 08/30/12 (f)  
**§341(a) Meeting Date:** 10/18/12  
**Claims Bar Date:** 02/06/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Personal Residence 1441 Bolkinwood Drive Freepor | 87,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Security Deposit on Apartment | 600.00 | 0.00 | | 0.00 | FA |
| 4 | Deposit on Water & Sewer - City of Freeport, IL | 75.00 | 0.00 | | 0.00 | FA |
| 5 | Security Deposit on Apartment | 700.00 | 0.00 | | 0.00 | FA |
| 6 | Deposit - Water & Sewer - City of Freeport | 75.00 | 0.00 | | 0.00 | FA |
| 7 | Furniture; cell phones | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Misc. Household Items | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Camera | 20.00 | 0.00 | | 0.00 | FA |
| 12 | Life Insurance - Policy #002B98102 (Term) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Life Insurance - Policy #002B98103 (Term) | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Life Insurance - Policy# VL000506104 (Whole) Ben | 1,744.61 | 0.00 | | 0.00 | FA |
| 15 | Life Insurance - Policy# LA139221 (Term) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Principal Financial Group - Acct# 00005900719 | 2,737.11 | 0.00 | | 0.00 | FA |
| 17 | 2009, 2010 and 2011 Income Tax Refunds    No additional funds to be received for the tax years 2009 and 2011. | 10,000.00 | 10,000.00 | | 10,355.53 | FA |
| 18 | 2000 Dodge Grand Caravan | 1,500.00 | 0.00 | | 0.00 | FA |
| 19 | Dog | 100.00 | 0.00 | | 0.00 | FA |
| 20 | Unemployment Benefits | 2,136.00 | 0.00 | | 0.00 | FA |
| 21 | Indebtedness owed by Pinewood Buffet & Grill  (u)    See Amended Schedule B filed 12/17/2012.  No distribution to unsecured creditors in Pinewood Buffet & Grill, Inc. bankruptcy case. | 32,100.00 | 32,100.00 | | 0.00 | FA |
| 21 | **Assets   Totals** (Excluding unknown values) | **$140,187.72** | **$42,100.00** | | **$10,355.53** | **$0.00** |

Printed: 12/21/2015 03:11 PM    V.13.25

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-83340-TML  
**Case Name:** REID, TODD G  
REID, AMY L.  
**Period Ending:** 12/21/15

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 08/30/12 (f)  
**§341(a) Meeting Date:** 10/18/12  
**Claims Bar Date:** 02/06/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014    **Current Projected Date Of Final Report (TFR):**   December 21, 2015  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-83340-TML  
**Case Name:** REID, TODD G  
REID, AMY L.  
**Taxpayer ID #:** **-***4420  
**Period Ending:** 12/21/15  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $8,842,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/16/15 | {17} | United States Treasury | 2010 Tax Refund | 1124-000 | 10,355.53 | | 10,355.53 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,345.53 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.87 | 10,329.66 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.85 | 10,314.81 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.34 | 10,300.47 |
| 06/09/15 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #12-83340 | 2300-000 | | 22.85 | 10,277.62 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.78 | 10,261.84 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.25 | 10,246.59 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.24 | 10,232.35 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.69 | 10,216.66 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.69 | 10,201.97 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.18 | 10,187.79 |
| | | | **ACCOUNT TOTALS** | | 10,355.53 | 167.74 | **$10,187.79** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,355.53 | 167.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,355.53** | **$167.74** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0966** | 10,355.53 | 167.74 | 10,187.79 |
| | **$10,355.53** | **$167.74** | **$10,187.79** |

{} Asset reference(s)

Printed: 12/21/2015 03:11 PM     V.13.25

# Exhibit C

## Case: 12-83340-TML   REID, TODD G

Claims Bar Date: 02/06/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00  Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>08/30/12 | | $3,388.50<br>$3,388.50 | $0.00 | $3,388.50 |
| | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>08/30/12 | | $1,785.55<br>$1,785.55 | $0.00 | $1,785.55 |
| 1P | Illinois Dept of Employment Security<br>33 South State Street<br>10th Floor - Bankruptcy Unit<br>Chicago, IL 60603<br><5800-00  Claims of Governmental Units>, 570 | Priority<br>09/12/12 | 33 S State St 10th Flr Bankruptcy Unit<br>Chicago, Illinois 60603<br>,<br>--------------------------------------------------------------------------------* * * | $210.38<br>$210.38 | $0.00 | $210.38 |
| 1U | Illinois Dept of Employment Security<br>33 South State Street<br>10th Floor - Bankruptcy Unit<br>Chicago, IL 60603<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/12/12 | 33 S State St 10th Flr Bankruptcy Unit<br>Chicago, Illinois 60603<br>,<br>--------------------------------------------------------------------------------* * * | $293.14<br>$293.14 | $0.00 | $293.14 |
| 2 | Asset Acceptance LLC<br>assignee FIFTH THIRD BANK<br>PO Box 2036<br>Warren, MI 48090<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/15/13 | PO Box 2036<br>Warren, MI 48090<br>--------------------------------------------------------------------------------* * * | $53,773.89<br>$53,773.89 | $0.00 | $53,773.89 |
| 3S | Reff Properties, LLC<br>c/o Attorney Craig Willette<br>1318 E. State St.<br>Rockford, IL 61104<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>11/15/13 | c/o Attorney Craig Willette<br>1318 E. State St.<br>Rockford, IL 61104<br>--------------------------------------------------------------------------------* * *<br>Claim No. 3S is allowed as a secured claim but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | $439,802.33 *<br>$0.00 | $0.00 | $0.00 |

(*) Denotes objection to Amount Filed

# Exhibit C

## Case: 12-83340-TML REID, TODD G

Claims Bar Date: 02/06/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3U | Reff Properties, LLC<br>c/o Attorney Craig Willette<br>1318 E. State St.<br>Rockford, IL 61104<br><br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/15/13 | c/o Attorney Craig Willette<br>1318 E. State St.<br>Rockford, IL 61104<br>------------------------------------------------------------------------------* * * | $57,600.00<br>$57,600.00 | $0.00 | $57,600.00 |
| 4 | Capital One Bank (USA), N.A.<br>PO Box 71083<br><br>Charlotte, NC 28272-1083<br><br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/21/13 | PO Box 71083<br>Charlotte, NC 282721083<br>------------------------------------------------------------------------------* * * | $1,345.69<br>$1,345.69 | $0.00 | $1,345.69 |
| 5 | Capital One Bank (USA), N.A.<br>PO Box 71083<br><br>Charlotte, NC 28272-1083<br><br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/21/13 | PO Box 71083<br>Charlotte, NC 282721083<br>------------------------------------------------------------------------------* * * | $968.82<br>$968.82 | $0.00 | $968.82 |
| 6 | Capital One Bank (USA), N.A.<br>PO Box 71083<br><br>Charlotte, NC 28272-1083<br><br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/21/13 | PO Box 71083<br>Charlotte, NC 282721083<br>------------------------------------------------------------------------------* * * | $302.93<br>$302.93 | $0.00 | $302.93 |
| 7 | Capital One Bank (USA), N.A.<br>PO Box 71083<br><br>Charlotte, NC 28272-1083<br><br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/21/13 | PO Box 71083<br>Charlotte, NC 282721083<br>------------------------------------------------------------------------------* * * | $1,069.34<br>$1,069.34 | $0.00 | $1,069.34 |
| 8 | Jennifer Lynn Smith<br>Attn Ralph E. Elliott<br>1005 W. Loras Drive<br>Freeport, IL 61032<br><br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/11/13 | Attn Ralph E. Elliott<br>1005 W. Loras Drive<br>Freeport, IL 61032<br>------------------------------------------------------------------------------* * * | $107,833.25<br>$107,833.25 | $0.00 | $107,833.25 |

# Exhibit C

## Case: 12-83340-TML  REID, TODD G

Claims Bar Date: 02/06/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | Joseph Reid<br>3735 W. Stephenson Street<br><br>Freeport, IL 61032<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/07/14 | 3735 W. Stephenson Street<br>Freeport, IL 61032<br>----------* * * | $160,000.00<br>$160,000.00 | $0.00 | $160,000.00 |
| 10 | Illinois Department of Revenue<br>Withholding Income Tax<br>P.O. Box<br>Springfield, IL 62794-9052<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/21/14 | P.O. Box 64338<br>Chicago, IL 606640338<br>----------* * * | $0.00<br>$0.00 | $0.00 | $0.00 |
| 11P | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br><br><5800-00  Claims of Governmental Units>,  570 | Priority<br>01/21/14 | P.O. Box 64338<br>Chicago, IL 606640338<br>----------* * * | $31,118.82<br>$31,118.82 | $0.00 | $31,118.82 |
| 11U | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/21/14 | P.O. Box 64338<br>Chicago, IL 606640338<br>----------* * * | $4,395.61<br>$4,395.61 | $0.00 | $4,395.61 |
| 12S | Arvon Funding, LLC<br>Johnson Legal Group, LLC<br>39 S. LaSalle St., Ste. 820<br>Chicago, IL 60603<br><br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>01/23/14 | c/o Marla Frear<br>POB 1434<br>Grand Rapids, MI 49501<br>----------* * *<br>Claim No. 12S is allowed as a secured claim but disallowed for purposes of distribution.  The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | $4,397.01 *<br>$0.00 | $0.00 | $0.00 |

(*) Denotes objection to Amount Filed

# Exhibit C

## Case: 12-83340-TML   REID, TODD G

Claims Bar Date: 02/06/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12U | Arvon Funding, LLC<br>Johnson Legal Group, LLC<br>39 S. LaSalle St., Ste 820<br>Chicago, IL 60603 | Unsecured<br>01/23/14 | c/o Marla Frear<br>POB 1434<br>Grand Rapids, MI 49501 | $331.75<br>$331.75 | $0.00 | $331.75 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 13 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>01/27/14 | c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 331311605 | $2,013.03<br>$2,013.03 | $0.00 | $2,013.03 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 14 | Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE, NATIONAL ASSOC<br>PO Box 12914<br>Norfolk, VA 23541 | Unsecured<br>02/04/14 | successor to CAPITAL ONE, NATIONAL ASSOC<br>PO Box 41067<br>Norfolk, VA 23541 | $822.29<br>$822.29 | $0.00 | $822.29 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$427,252.99** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-83340-TML
Case Name: REID, TODD G
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:**     $     10,187.79

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S | Reff Properties, LLC | 439,802.33 | 0.00 | 0.00 | 0.00 |
| 12S | Arvon Funding, LLC | 4,397.01 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $          0.00
Remaining balance:  $     10,187.79

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,785.55 | 0.00 | 1,785.55 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 3,388.50 | 0.00 | 3,388.50 |

Total to be paid for chapter 7 administration expenses:  $     5,174.05
Remaining balance:  $     5,013.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $          0.00
Remaining balance:  $     5,013.74

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $31,329.20 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P | Illinois Dept of Employment Security | 210.38 | 0.00 | 33.67 |
| 11P | Illinois Department of Revenue | 31,118.82 | 0.00 | 4,980.07 |

|   |   |
|---|---:|
| Total to be paid for priority claims: | $ 5,013.74 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 390,749.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | Illinois Dept of Employment Security | 293.14 | 0.00 | 0.00 |
| 2 | Asset Acceptance LLC | 53,773.89 | 0.00 | 0.00 |
| 3U | Reff Properties, LLC | 57,600.00 | 0.00 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 1,345.69 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 968.82 | 0.00 | 0.00 |
| 6 | Capital One Bank (USA), N.A. | 302.93 | 0.00 | 0.00 |
| 7 | Capital One Bank (USA), N.A. | 1,069.34 | 0.00 | 0.00 |
| 8 | Jennifer Lynn Smith | 107,833.25 | 0.00 | 0.00 |
| 9 | Joseph Reid | 160,000.00 | 0.00 | 0.00 |
| 10 | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |
| 11U | Illinois Department of Revenue | 4,395.61 | 0.00 | 0.00 |
| 12U | Arvon Funding, LLC | 331.75 | 0.00 | 0.00 |
| 13 | Capital Recovery V, LLC | 2,013.03 | 0.00 | 0.00 |
| 14 | Portfolio Recovery Associates, LLC | 822.29 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**