# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: REID, TODD G          §   Case No. 12-83340-TML
       REID, AMY L.          §
                             §
Debtor(s)                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   U.S. Courthouse
   327 South Church Street
   Room 1100
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 01/27/2016 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  01/04/2016          By:    /s/ STEPHEN G. BALSLEY
                                    Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: REID, TODD G § Case No. 12-83340-TML |
| REID, AMY L. § |
| § |
| Debtor(s) § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,355.53 |
| *and approved disbursements of* | $ 167.74 |
| *leaving a balance on hand of* [1] | $ 10,187.79 |
| **Balance on hand:** | $ 10,187.79 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S | Reff Properties, LLC | 439,802.33 | 0.00 | 0.00 | 0.00 |
| 12S | Arvon Funding, LLC | 4,397.01 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,187.79 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,785.55 | 0.00 | 1,785.55 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 3,388.50 | 0.00 | 3,388.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,174.05 |
| Remaining balance: | $ 5,013.74 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 5,013.74 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $31,329.20 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Dept of Employment Security | 210.38 | 0.00 | 33.67 |
| 11P | Illinois Department of Revenue | 31,118.82 | 0.00 | 4,980.07 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 5,013.74 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 390,749.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Dept of Employment Security | 293.14 | 0.00 | 0.00 |
| 2 | Asset Acceptance LLC | 53,773.89 | 0.00 | 0.00 |
| 3U | Reff Properties, LLC | 57,600.00 | 0.00 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 1,345.69 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 968.82 | 0.00 | 0.00 |
| 6 | Capital One Bank (USA), N.A. | 302.93 | 0.00 | 0.00 |
| 7 | Capital One Bank (USA), N.A. | 1,069.34 | 0.00 | 0.00 |
| 8 | Jennifer Lynn Smith | 107,833.25 | 0.00 | 0.00 |
| 9 | Joseph Reid | 160,000.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount | Interim Payments | Proposed Payment |
|---|---|---:|---:|---:|
| 10 | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |
| 11U | Illinois Department of Revenue | 4,395.61 | 0.00 | 0.00 |
| 12U | Arvon Funding, LLC | 331.75 | 0.00 | 0.00 |
| 13 | Capital Recovery V, LLC | 2,013.03 | 0.00 | 0.00 |
| 14 | Portfolio Recovery Associates, LLC | 822.29 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY

Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-83340-TML
Todd G Reid                                                         Chapter 7
Amy L. Reid
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett            Page 1 of 2                Date Rcvd: Jan 05, 2016
                              Form ID: pdf006           Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2016.
```
db           #+Todd G Reid,   1167 W. Pleasant Street,    Freeport, IL 61032-4879
jdb          #+Amy L. Reid,   1270 W. Stephenson Street,    Freeport, IL 61032-4880
19384217      +Anytime Fitness - Freeport,   1862 S. West Avenue,    Freeport, IL 61032-6712
19384218      +Bank of America,   4500 Amon Carter Blvd.,    Fort Worth, TX 76155-2202
19384219      +Big Radio,   P.O. Box 807,   Freeport, IL 61032-0807
21248826       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
19384220      +Capital One Bank USA,   P.O. Box 6492,   Carol Sream, IL 60197-6492
19384221       Cardmember Services,   P.O. Box 15548,   Wilmington, DE 19886-5548
19384222      +Chase Bank N.A.,   Card Services,   P.O. Box 15298,   Wilmington, DE 19850-5298
19384223       City of Freeport,   524 W Stephenson Street Ste 310,    Freeport, IL 61032-5079
19384224       FHN Memorial Hospital,   Central Business Office,    P.O. Box 722929,   Houston, TX 77272-2929
19384225      +FHN Physician Services,   P.O. Box 268,    Freeport, IL 61032-0268
19384226      +Fifth Third Bank,   5050 Kingsley Dr.,    Cincinnati, OH 45227-1115
19384227      +Fiserv.,   4550 SW Macadam Ave.,   Portland, Or 97239-4224
21450232     ++GORDON FOOD SERVICE INC,   P O BOX 2244,   GRAND RAPIDS MI 49501-2244
               (address filed with court: Arvon Funding, LLC,    c/o Marla Frear,   POB 1434,
               Grand Rapids, MI 49501)
19384228      +Global Payments, Inc./Discover Network,    10705 Red Run Blvd.,   Owings Mills, MD 21117-5134
19384229      +Gordon Food Service,   10901 38th Street,   Kenosha, WI 53144-7561
19384230      +Hawkeye Food Service,   3550 Second Street,   Coralyville, IA 52241-3205
19384231      +IDES,   Central Region Revenue,   850 E. Madison Street, 2nd Fl.,   Springfield, IL 62702-5520
19384235      +Jennifer Lynn Smith,   1108 Oakwood Drive,   Freeport, IL 61032-3725
21319995      +Jennifer Lynn Smith,   Attn Ralph E. Elliott,   1005 W. Loras Drive,    Freeport, IL 61032-6923
19384236      +John Hancock Insurance,   1901 N. Roselle Rd, Suite 620,    Schaumburg, IL 60195-3184
19384237      +Joseph Reid,   3735 W. Stephenson Street,   Freeport, IL 61032-4438
19384246       Notice Only,   Sunrise Credit Services, Inc.,    P.O. Box 9100,   Farmingdale, NY 11735-9100
19384240       Notice Only,   Arvon Funding LLC,   c/o Johnson Legal Group LLC,
               39 S. LaSalle Street, Suite 820,   Chicago, IL 60603-1616
19384249     #+Notice Only,   Fulton Freidman & Gullace LLP,    P.O. Box 2123,   Warren, MI 48090-2123
19384252      +Notice Only,   State Collection Service Inc.,    2509 S. Stoughton Road,
               Madison, WI 53716-3314
19384253       Notice Only,   United Recovery Systems,   P.O. Box 722929,   Houston, TX 77272-2929
19384247       Notice Only,   Asset Acceptance LLC,   P.O. Box 2036,   Warren, MI 48090-2036
19384241      +Notice Only,   Attorney Robert J. Nauseef,   121 E. Parrish St.,   Durham, NC 27701-3318
19384244      +Notice Only,   JC Christenson & Associates,   P.O. Box 519,   Sauk Road, MN 56379-0519
19384245     #+Notice Only,   P&B Capital Group LLC,   369 Washington Street, Suite 100,
               Buffalo, NY 14203-2118
19384251       Notice Only,   Southeastern Association of Credit Mang.,   P.O. Box 547800,
               Orlando, FL 32854-7800
19384248      +Notice Only,   Credit Bureau Centre,   P.O. Box 273,   Monroe, WI 53566-0273
19384242      +Notice Only,   Codilis & Associates P.C.,   15W030 North Frontage Road, Suite 100,
               Burr Ridge, IL 60527-6921
19384243       Notice Only,   Crestwood Group LLC,   P.O. Box 22928,   Cleveland, OH 44122-0928
19384254       Orchard Bank,   HSBC Card Services,   P.O. Box 17051,   Baltmore, MD 21297-1051
19384255      +Pinewood Buffet & Grill Inc.,   1270 W. Stephenson Street,    Freeport, IL 61032-4880
19384257      +Reff Properties, LLC,   1027 Tennessee Lane,   Elk Grove Village, IL 60007-2951
21232564      +Reff Properties, LLC,   c/o Attorney Craig Willette,   1318 E. State St.,
               Rockford, IL 61104-2228
19384258      +Restorx of Northern IL,   4497 S. Park Road,   Freeport, IL 61032-9327
19384259       Sysco Baraboo LLC,   910 S. Blvd,   Baraboo, WI 53913-2793
19384260      +Tablemate Facility,   2150 Oxford Road,   Des Plaines, WIL  60018-1920
19384261      +Todd Reid - Apartment Lease,   1167 West Pleasant Street,    Freeport, IL 61032-4879
19384263       University of Wisconsin,   Hospital and Clinics,   P.O. Box 3006,   Milwaukee, WI 53201-3006
19384265      +WQRL/WFPS,   P.O. Box 807,   Freeport, IL 61032-0807
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21225361      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 06 2016 01:41:06
               Asset Acceptance LLC assignee FIFTH THIRD BANK,   PO Box 2036,   Warren, MI 48090-2036
21455356       E-mail/PDF: rmscedi@recoverycorp.com Jan 06 2016 01:36:58     Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
19384232       E-mail/Text: rev.bankruptcy@illinois.gov Jan 06 2016 01:41:13
               Illinois Department of Revenue,   P.O. Box 19043,   Springfield, IL 62794-9043
19384233       E-mail/Text: cio.bncmail@irs.gov Jan 06 2016 01:40:27     Internal Revenue Service,
               Cincinnati, OH 45999-0039
21434457       E-mail/Text: rev.bankruptcy@illinois.gov Jan 06 2016 01:41:13
               Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,
               Chicago, Illinois 60664-0338
19429865      +E-mail/Text: des.claimantbankruptcy@illinois.gov Jan 06 2016 01:42:57
               Illinois Dept of Employment Security,   33 S State St 10th Flr Bankruptcy Unit,
               Chicago, Illinois 60603-2808,   Attn. Amelia Yabes
19384234       E-mail/PDF: gecsedi@recoverycorp.com Jan 06 2016 01:37:26     JC Penney,   P.O. Box 960090,
               Orlando, FL 32896-0090
```

```
District/off: 0752-3          User: vgossett          Page 2 of 2          Date Rcvd: Jan 05, 2016
                              Form ID: pdf006         Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
19384239       +E-mail/Text: lisa.harrington@monroeclinic.org Jan 06 2016 01:41:27     Monroe Clinic,
                 2009 5th Street,    Monroe, WI 53566-1575
21487687        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 06 2016 01:36:57
                 Portfolio Recovery Associates, LLC,    successor to CAPITAL ONE, NATIONAL ASSOC,   PO Box 41067,
                 Norfolk, VA 23541
19384264       +E-mail/Text: specialbillingservices@uwmf.wisc.edu Jan 06 2016 01:40:45
                 University of Wisconsin Physicians,    7974 UW Health Court,   Middleton, WI 53562-5531
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19384238      ##+M&I Bank FSB,   3993 Howard Hughs Parkway,   Suite 100,   Las Vegas, NV 89169-5967
19384250      ##+Notice Only,   Internal Credit Systems, Inc.,   5504 Durham Chapel Hill Blvd.,   Suite 200,
                 Durham, NC 27707-3343
19384256      ##+Pinewood Buffet & Grill Inc.,   1404 W. Galena Ave.,   Freeport, IL 61032-3102
19384262      ##+Tory and Aaron Lehr,   836 W. Stephenson Street,   Freeport, IL 61032-4969
                                                                                        TOTALS: 0, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2016                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2016 at the address(es) listed below:

```
          Bradley T Koch    on behalf of Debtor 2 Amy L. Reid bkoch@holmstromlaw.com,
           knorris@holmstromlaw.com
          Bradley T Koch    on behalf of Debtor 1 Todd G Reid bkoch@holmstromlaw.com,
           knorris@holmstromlaw.com
          Gloria C  Tsotsos    on behalf of Creditor    BANK OF AMERICA, N.A. nd-two@il.cslegal.com
          Kyle A Lindsey    on behalf of Creditor    Gordon Food Service klindsey@jnlegal.net,
           cjohnson@jnlegal.net
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Ralph E Elliott    on behalf of Creditor Jennifer Lynn Smith ree@reelaw.com
          Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,    IL47@ecfcbis.com
          Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
                                                                                            TOTAL: 8
```