## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: REID, TODD G | § | Case No. 12-83340-TML |
| REID, AMY L. | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $130,187.72              Assets Exempt: $9,193.11
(without deducting any secured claims)

Total Distribution to Claimants: $5,013.74    Claims Discharged
                                              Without Payment: $463,399.41

Total Expenses of Administration: $5,341.79
```

3) Total gross receipts of $ 10,355.53 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,355.53 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $113,280.89 | $444,199.34 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,341.79 | 5,341.79 | 5,341.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 106,330.68 | 31,329.20 | 31,329.20 | 5,013.74 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 361,054.80 | 390,749.74 | 390,749.74 | 0.00 |
| **TOTAL DISBURSEMENTS** | $580,666.37 | $871,620.07 | $427,420.73 | $10,355.53 |

4) This case was originally filed under Chapter 7 on August 30, 2012. The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/22/2016          By: /s/STEPHEN G. BALSLEY
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009, 2010 and 2011 Income Tax Refunds | 1124-000 | 10,355.53 |
| **TOTAL GROSS RECEIPTS** | | **$10,355.53** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | Reff Properties, LLC | 4110-000 | N/A | 439,802.33 | 0.00 | 0.00 |
| 12S | Arvon Funding, LLC | 4110-000 | N/A | 4,397.01 | 0.00 | 0.00 |
| NOTFILED | M&I Bank FSB | 4110-000 | 20,282.61 | N/A | N/A | 0.00 |
| NOTFILED | Codilis & Associates P.C. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 87,000.00 | N/A | N/A | 0.00 |
| NOTFILED | John Hancock Insurance | 4110-000 | 5,998.28 | N/A | N/A | 0.00 |
| NOTFILED | P&B Capital Group LLC | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sunrise Credit Services, Inc. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$113,280.89** | **$444,199.34** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,785.55 | 1,785.55 | 1,785.55 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 3,388.50 | 3,388.50 | 3,388.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 15.87 | 15.87 | 15.87 |
| Rabobank, N.A. | 2600-000 | N/A | 14.85 | 14.85 | 14.85 |
| Rabobank, N.A. | 2600-000 | N/A | 14.34 | 14.34 | 14.34 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 22.85 | 22.85 | 22.85 |
| Rabobank, N.A. | 2600-000 | N/A | 15.78 | 15.78 | 15.78 |
| Rabobank, N.A. | 2600-000 | N/A | 15.25 | 15.25 | 15.25 |
| Rabobank, N.A. | 2600-000 | N/A | 14.24 | 14.24 | 14.24 |
| Rabobank, N.A. | 2600-000 | N/A | 15.69 | 15.69 | 15.69 |
| Rabobank, N.A. | 2600-000 | N/A | 14.69 | 14.69 | 14.69 |
| Rabobank, N.A. | 2600-000 | N/A | 14.18 | 14.18 | 14.18 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,341.79 | $5,341.79 | $5,341.79 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Dept of Employment Security | 5800-000 | 336.29 | 210.38 | 210.38 | 33.67 |
| 11P | Illinois Department of Revenue | 5800-000 | 28,339.15 | 31,118.82 | 31,118.82 | 4,980.07 |
| NOTFILED | Internal Revenue Service | 5800-000 | 46,012.95 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 5800-000 | 9,924.45 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 5800-000 | 2,719.81 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 5800-000 | 13,749.12 | N/A | N/A | 0.00 |
| NOTFILED | City of Freeport | 5800-000 | 5,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 5800-000 | 48.91 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$106,330.68** | **$31,329.20** | **$31,329.20** | **$5,013.74** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Dept of Employment Security | 7100-000 | N/A | 293.14 | 293.14 | 0.00 |
| 2 | Asset Acceptance LLC | 7100-000 | 48,197.00 | 53,773.89 | 53,773.89 | 0.00 |
| 3U | Reff Properties, LLC | 7100-000 | 0.00 | 57,600.00 | 57,600.00 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 1,200.00 | 1,345.69 | 1,345.69 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | 900.00 | 968.82 | 968.82 | 0.00 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 302.93 | 302.93 | 0.00 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | 800.00 | 1,069.34 | 1,069.34 | 0.00 |
| 8 | Jennifer Lynn Smith | 7100-000 | 100,000.00 | 107,833.25 | 107,833.25 | 0.00 |
| 9 | Joseph Reid | 7100-000 | 160,000.00 | 160,000.00 | 160,000.00 | 0.00 |
| 10 | Illinois Department of Revenue | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 11U | Illinois Department of Revenue | 7100-000 | N/A | 4,395.61 | 4,395.61 | 0.00 |
| 12U | Arvon Funding, LLC | 7100-000 | 980.00 | 331.75 | 331.75 | 0.00 |
| 13 | Capital Recovery V, LLC | 7100-000 | 1,900.00 | 2,013.03 | 2,013.03 | 0.00 |
| 14 | Portfolio Recovery Associates, LLC | 7100-000 | 743.59 | 822.29 | 822.29 | 0.00 |
| NOTFILED | Notice Only | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Notice Only | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Notice Only | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Notice Only | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Notice Only | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hawkeye Food Service | 7100-000 | 1,952.04 | N/A | N/A | 0.00 |
| NOTFILED | Notice Only | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Monroe Clinic | 7100-000 | 269.00 | N/A | N/A | 0.00 |
| NOTFILED | Notice Only | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Notice Only | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | University of Wisconsin | 7100-000 | 15,957.52 | N/A | N/A | 0.00 |
| NOTFILED | WQRL/WFPS | 7100-000 | 1,050.00 | N/A | N/A | 0.00 |
| NOTFILED | University of Wisconsin Physicians | 7100-000 | 173.57 | N/A | N/A | 0.00 |
| NOTFILED | Tablemate Facility | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Restorx of Northern IL | 7100-000 | 4,177.94 | N/A | N/A | 0.00 |
| NOTFILED | Sysco Baraboo LLC | 7100-000 | 6,879.73 | N/A | N/A | 0.00 |
| NOTFILED | Gordon Food Service | 7100-000 | 3,847.49 | N/A | N/A | 0.00 |
| NOTFILED | Notice Only | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Notice Only | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Notice Only | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | FHN Physician Services | 7100-000 | 5,963.00 | N/A | N/A | 0.00 |
| NOTFILED | Global Payments, Inc./Discover Network | 7100-000 | 82.80 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank N.A. | 7100-000 | 1,165.81 | N/A | N/A | 0.00 |
| NOTFILED | FHN Memorial Hospital | 7100-000 | 920.96 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Services | 7100-000 | 1,104.85 | N/A | N/A | 0.00 |
| NOTFILED | Big Radio | 7100-000 | 2,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Anytime Fitness-Freeport | 7100-000 | 474.50 | N/A | N/A | 0.00 |
| NOTFILED | Fiserv. | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $361,054.80 | $390,749.74 | $390,749.74 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-83340-TML  
**Case Name:** REID, TODD G  
REID, AMY L.  
**Period Ending:** 04/22/16

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 08/30/12 (f)  
**§341(a) Meeting Date:** 10/18/12  
**Claims Bar Date:** 02/06/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Personal Residence 1441 Bolkinwood Drive Freepor | 87,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Security Deposit on Apartment | 600.00 | 0.00 | | 0.00 | FA |
| 4 | Deposit on Water & Sewer - City of Freeport, IL | 75.00 | 0.00 | | 0.00 | FA |
| 5 | Security Deposit on Apartment | 700.00 | 0.00 | | 0.00 | FA |
| 6 | Deposit - Water & Sewer - City of Freeport | 75.00 | 0.00 | | 0.00 | FA |
| 7 | Furniture; cell phones | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Misc. Household Items | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Camera | 20.00 | 0.00 | | 0.00 | FA |
| 12 | Life Insurance - Policy #002B98102 (Term) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Life Insurance - Policy #002B98103 (Term) | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Life Insurance - Policy# VL000506104 (Whole) Ben | 1,744.61 | 0.00 | | 0.00 | FA |
| 15 | Life Insurance - Policy# LA139221 (Term) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Principal Financial Group - Acct# 00005900719 | 2,737.11 | 0.00 | | 0.00 | FA |
| 17 | 2009, 2010 and 2011 Income Tax Refunds<br>   No additional funds to be received for the tax years 2009 and 2011. | 10,000.00 | 10,000.00 | | 10,355.53 | FA |
| 18 | 2000 Dodge Grand Caravan | 1,500.00 | 0.00 | | 0.00 | FA |
| 19 | Dog | 100.00 | 0.00 | | 0.00 | FA |
| 20 | Unemployment Benefits | 2,136.00 | 0.00 | | 0.00 | FA |
| 21 | Indebtedness owed by Pinewood Buffet & Grill  (u)<br>   See Amended Schedule B filed 12/17/2012.  No distribution to unsecured creditors in Pinewood Buffet & Grill, Inc. bankruptcy case. | 32,100.00 | 32,100.00 | | 0.00 | FA |
| 21 | **Assets    Totals** (Excluding unknown values) | **$140,187.72** | **$42,100.00** | | **$10,355.53** | **$0.00** |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-83340-TML  
**Case Name:** REID, TODD G  
     REID, AMY L.  
**Period Ending:** 04/22/16

**Trustee:**  (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 08/30/12 (f)  
**§341(a) Meeting Date:** 10/18/12  
**Claims Bar Date:** 02/06/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  December 31, 2014    **Current Projected Date Of Final Report (TFR):**   December 21, 2015  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-83340-TML  
**Case Name:** REID, TODD G  
REID, AMY L.  
**Taxpayer ID #:** **-***4420  
**Period Ending:** 04/22/16

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $8,842,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/16/15 | {17} | United States Treasury | 2010 Tax Refund | 1124-000 | 10,355.53 | | 10,355.53 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,345.53 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.87 | 10,329.66 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.85 | 10,314.81 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.34 | 10,300.47 |
| 06/09/15 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #12-83340 | 2300-000 | | 22.85 | 10,277.62 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.78 | 10,261.84 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.25 | 10,246.59 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.24 | 10,232.35 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.69 | 10,216.66 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.69 | 10,201.97 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.18 | 10,187.79 |
| 01/28/16 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,388.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,388.50 | 6,799.29 |
| 01/28/16 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,785.55, Trustee Compensation;  Reference: | 2100-000 | | 1,785.55 | 5,013.74 |
| 01/28/16 | 104 | Illinois Dept of Employment Security | Dividend paid  16.00% on $210.38; Claim# 1P; Filed: $210.38; Reference: | 5800-000 | | 33.67 | 4,980.07 |
| 01/28/16 | 105 | Illinois Department of Revenue | Dividend paid  16.00% on $31,118.82; Claim# 11P; Filed: $31,118.82; Reference: | 5800-000 | | 4,980.07 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,355.53 | 10,355.53 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,355.53 | 10,355.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,355.53** | **$10,355.53** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0966** | 10,355.53 | 10,355.53 | 0.00 |
| | $10,355.53 | $10,355.53 | $0.00 |

{} Asset reference(s)